# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** 24 CV 00156

**DATE FILED:** JAN 09 2024

**SIGNED BY:** JUDGE CAPRONI

**DATE SIGNED:** JAN 08 2024

24mc8

## TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

____ COMPLAINT/PETITION ONLY

✓ OTHER DOCUMENTS/EXHIBITS

FILED U.S. DISTRICT COURT S.D. OF N.Y. 2024 JAN -9 PM