UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>BROADCOM CORPORATION and AVAGO TECHNOLOGIES GENERAL IP SINGAPORE (PTE) LTD.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:24-cv-00156<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT MOTION FOR <u>SUBSTITUTION OF PARTY</u>** |

The Court, having considered the parties' Joint Motion for Substitution of Party pursuant to Federal Rule of Civil Procedure 25(c), hereby ORDERS as follows:

The motion to substitute Avago Technologies International Sales Pte. Limited as a Defendant in this action in place of Avago Technologies General IP Singapore (PTE) Ltd. is hereby GRANTED.

The case caption will be modified accordingly.

**SO ORDERED.**

Dated: 4/1/24

EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE