

| | |
|---|---|
| Perkins Coie LLP | T. +1.303.291.2300 |
| 1900 Sixteenth Street | F. +1.303.291.2400 |
| Suite 1400 | perkinscoie.com |
| Denver, CO 80202-5255 | |

**MEMO ENDORSED**

December 17, 2024

Amanda Tessar
ATessar@perkinscoie.com
D.  +1.303.291.2357

**VIA CM/ECF**

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**    ***Bell Semiconductor, LLC v. Broadcom Corp. et al.*, Case No. 1:24-cv-00156-ER**

Dear Judge Ramos:

We represent Defendants Broadcom Corporation and Avago Technologies International Sales Pte. Limited (collectively, "Defendants") in the above-captioned matter.  Pursuant to Local Rule 7.1(d) and Your Honor's Individual Rule 1.E., we are writing to request that Defendants' time to file an answer to the Amended Complaint (Dkt. Nos. 32 and 34) be extended.

Defendants' answer is currently due on December 23, 2024.  Defendants request that the response date be extended to January 16, 2025, which will afford Defendants time to prepare a response to the Amended Complaint in light of the holidays and travel obligations.

This is Defendants' first request for an extension to answer, move against, or otherwise respond to Plaintiff's Amended Complaint.  Defendants' counsel has conferred with counsel for Plaintiff, who does not oppose this request.

We thank the Court for all courtesies shown in this matter.

Respectfully submitted,

/s/ Amanda Tessar

Amanda Tessar

AT:kjf

cc:    All counsel of record (via CM/ECF)

> Defendants' request for an extension to file an answer to the amended complaint is granted.  Defendants are directed to file an answer by January 16, 2025.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: December 18, 2024
> New York, New York