UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
BELL SEMICONDUCTOR, LLC,                         :
:
                Plaintiff,              :
:       24-CV-0156 (JAV)
    -v-                                                  :
:       <u>ORDER</u>
BROADCOM CORP., et al.,                            :
:
                Defendant.             :
:
--------------------------------------------------------------- :
X

JEANNETTE A. VARGAS, United States District Judge:

      Defendants' request for permission to redact certain commercially-sensitive information in the Answer (ECF No. 66), Answer to the Amended Complaint (ECF No. 71) and the redlined Answer to the Amended Complaint (ECF No. 71-1) is **GRANTED**.  Plaintiffs have made a sufficient showing that the limited information that they seek to seal qualifies as "confidential business information." The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access." *Id*. (internal citations and quotation marks omitted).

      Plaintiffs are directed to file the redacted Answer, Answer to Amended Complaint, and the redline of the Answer to the Amended Complaint on the docket.  The Clerk of Court is directed to terminate ECF No. 72.

      SO ORDERED.

Dated: February 26, 2025
       New York, New York                         _____
                                                               JEANNETTE A. VARGAS
                                                               United States District Judge